UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CAUSE NO. 3:10-CR-21(01) RM |
| | ) |
| RESHAWN L. THOMAS | ) |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 5, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 22], ACCEPTS defendant Reshawn Thomas's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   June 2, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　United States District Court